IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY JONES** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**NRA GROUP, LLC, d/b/a** )<br>**NATIONAL RECOVERY AGENCY** )<br>**and** )<br>)<br>**EQUIFAX INFORMATION** )<br>**SERVICES LLC** )<br>)<br>    **Defendants.** )<br>) | **CIVIL ACTION NO.**<br><br>**1:18-CV-50** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 12th day of June 2019, by and between Plaintiff and Defendants Equifax Information Services LLC, ("Equifax") and NRA Group, LLC, d/b/a National Recovery Agency ("NRA") that pursuant to Fed. R. Civ. P. 41, Plaintiff's claims against Defendants be dismissed with prejudice, with each party to bear its own attorney's fees, costs and expenses incurred.

Respectfully submitted,

| | |
|---|---|
| *s/ Alexis I. Lehman*<br>Alexis I. Lehmann<br>FRANCIS & MAILMAN, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, Pennsylvania 19103<br>Telephone:(215) 735-8600<br>Email: alehmann@consumerlawfirm.com<br><br>***Attorney for Plaintiff Timothy Jones*** | */s/Jonathan D. Klein*<br>Jonathan D. Klein<br>CLARK HILL PLC<br>2005 Market Street, Suite 1000<br>Philadelphia, PA 19103<br>Telephone: (215) 640-8535<br>Email: Jklein@clarkhill.com<br><br>***Attorneys for Defendant Equifax Information Services LLC*** |

*s/ Lawrence J. Bartel*
Lawrence J. Bartel
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone:(215) 575-2780
Email: ljbartel@mdvwcg.com

***Attorney for Defendant NRA Group, LLC d/b/a National Recovery Agency***